633 A.2d 588

COMMONWEALTH of Pennsylvania, Appellant,

v.

Beatrice JONES.

Supreme Court of Pennsylvania.

Argued and Decided Oct. 20, 1993.

Alan M. Rubenstein, Stephen B. Harris, Doylestown, for Com.

Richard S. Wasserbly, Doylestown, for B. Jones.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., dissents.